*Brassiere Rest.,* 59 AD2d 628.) Koreman, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of the Claim of CARRIE L. HAZZARD, Appellant, v COMMODORE HOTEL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion pursuant to section 800.12 of the Rules of Practice (22 NYCRR 800.12 [App Div, 3d Dept]) granted, without costs, and the clerk is directed to accept appellant's record and brief provided they are filed and served on or before December 16, 1977. If appellant is unable, within this time period, to file a record in compliance with section 17 of the board's rules (12 NYCRR 300.18), the appeal need not be perfected upon a record certified by the board. In such case, the appeal may be heard upon a single copy of the record the contents of which shall be certified in the manner specified by the Rules of Practice (22 NYCRR 800.7 [b]). (See *Matter of Garcia v Brassiere Rest.,* 59 AD2d 628.) Koreman, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of the Claim of JOSEPH PIZZUTTI, Appellant, v MINJAC TOY SUPERMARKET et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion pursuant to section 800.12 of the Rules of Practice (22 NYCRR 800.12 [App Div, 3d Dept]) granted, without costs, and the clerk is directed to accept appellant's record and brief provided they are filed and served on or before November 21, 1977. If appellant is unable, within this time period, to file a record in compliance with section 17 of the board's rules (12 NYCRR 300.18), the appeal need not be perfected upon a record certified by the board. In such case, the appeal may be heard upon a single copy of the record the contents of which shall be certified in the manner specified by the Rules of Practice (22 NYCRR 800.7 [b]). (See *Matter of Garcia v Brassiere Rest.,* 59 AD2d 628.) Koreman, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of the Claim of MARIE EBERLE, as Widow of RUSSELL EBERLE, Deceased, Appellant, v NEW YORK STATE DEPARTMENT OF MENTAL HYGIENE, WASSAIC STATE SCHOOL, et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion pursuant to section 800.12 of the Rules of Practice (22 NYCRR 800.12 [App Div, 3d Dept]) granted, without costs, and the clerk is directed to accept appellant's record and brief provided they are filed and served on or before November 21, 1977. If appellant is unable, within this time period, to file a record in compliance with section 17 of the board's rules (12 NYCRR 300.18), the appeal need not be perfected upon a record certified by the board. In such case, the appeal may be heard upon a single copy of the record the contents of which shall be certified in the manner specified by the Rules of Practice (22 NYCRR 600.7 [b]). (See *Matter of Garcia v Brassiere Rest.,* 59 AD2d 628.) Koreman, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of the Claim of MARGURITE KACZMAREK, as Widow of MICHAEL KACZMAREK, Deceased, Respondent, v VILLAGE OF SLOAN et al., Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion pursuant to section 800.12 of the Rules of Practice (22 NYCRR 800.12 [App Div, 3d Dept]) granted, without costs, and the clerk is directed to accept appellant's record and brief provided they are filed and served on or before November 21, 1977. If appellants are unable, within this time period, to file a record in compliance with section 17 of the board's rules (12 NYCRR 300.18), the appeal need not be perfected upon a record certified by the board. In such case, the appeal may be heard upon a single copy of the record the contents of which